IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GABINO HERNANDEZ,
on behalf of himself, FLSA Collective
Plaintiffs and the Class,

                Plaintiff,

v.

BARE BURGER DIO, INC.,
BAREBURGER, INC.,
BAREBURGER GROUP, LLC,
GEORGE RODAS, GEORGIOS DELLIS and
EFTYCHIOS PELEKANOS,

                Defendants

Case No.: 12-cv-7794

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed against Defendants, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendants:

By: _____
Ronald A. Giller, Esq.
Gordon & Rees LLP
18 Columbia Tpke, Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2500
rgiller@gordonrees.com

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Tel.: (212) 465-1180
cklee@leelitigation.com

SO ORDERED,

Dated: New York, New York

       _____, 2013

                                          Hon. Robert W. Sweet
                                          United States District Judge